## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Gregory Lee Varner,

    Plaintiff,

        v.                         Case No.   1:15cv476

Commissioner of Social Security,               Judge Michael R. Barrett

    Defendant.

## **ORDER**

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on June 27, 2016 (Doc. 20).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

    Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 20) of the Magistrate Judge is hereby **ADOPTED.** The decision by the Commissioner is **REVERSED** and **REMANDED** for further proceedings consistent with the recommendations by the Magistrate Judge.

    **IT IS SO ORDERED.**

                                              s/*Michael R. Barrett*
                                              Michael R. Barrett
                                              United States District Judge